J. H. WILSON, PETITIONER, v. COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 18157.    Promulgated February 21, 1929.

*Ward Loveless, Esq.,* for the petitioner.
*Harold Allen, Esq.,* for the respondent.

PHILLIPS: The petitioner appeals from the determination of deficiencies in income tax of $2,808.56 for 1920, $202.92 for 1922, $681.76 for 1923, and $174.68 for 1924. The only error alleged is the refusal of the Commissioner to allow a deduction in 1920 of a loss alleged to have been sustained on the sale of stock of Nick-a-Jack Hosiery Mills.

FINDINGS OF FACT.

In the years 1918 to 1920, inclusive, the petitioner purchased 90 shares of the capital stock of Nick-a-Jack Hosiery Mills at a cost of $13,800. On November 29, 1920, he sold such stock for $2,000. In computing the deficiency for 1920 the Commissioner failed to allow any deduction for the loss sustained on such sale.

> Decision will be entered for the petitioner under Rule 50 as to the year 1920 and for the respondent as to the years 1922, 1923, and 1924.